# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL JAMES HOLMAN,

       Petitioner,                    Case Number: 05-CV-70359

v.                                             HON. DENISE PAGE HOOD

PAUL H. RENICO,

       Respondent.
_____/

## **JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated   October 31, 2006  , this cause of action is DISMISSED WITH PREJUDICE.

      Dated at Detroit, Michigan this   31st   day of   October  , 2006.


                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                       BY:   s/ Wm. F. LEWIS
                                                Deputy Clerk

APPROVED:


s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE